1 DICKINSON WRIGHT PLLC
MICHAEL N. FEDER (Nevada Bar No. 7332)
2 Email: mfeder@dickinsonwright.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
3 Email: jkrieger@dickinsonwright.com
JOANNA M. MYERS (Nevada Bar No. 12048)
4 Email: jmyers@dickinsonwright.com
5 8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
6 Tel: (702) 550-4400
7 Fax: (844) 670-6009
*Attorneys for Plaintiff Ainsworth Game Technology Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AINSWORTH GAME TECHNOLOGY LIMITED, an Australian corporation,

Plaintiff,

vs.

PATENT INVESTMENT & LICENSING COMPANY, a Nevada corporation, and ACRES 4.0, a Nevada corporation.

Defendants.

CASE NO : 2:17-cv-00509-GMN-PAL
~~2:17-cv-00509-APG-PAL~~

**STIPULATION DISMISSING ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, through their respective counsel of record, hereby stipulate and agree to the dismissal of the Complaint, with prejudice, and all causes of action raised by either party, without further notice and hearing in the above-captioned action. Each party shall bear its own respective costs and attorneys' fees.

The parties have also agreed that this Court shall maintain jurisdiction to enforce the terms of the parties' settlement agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortolf v. Silver Bar*

///

1

*Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

SO STIPULATED:

DATED this 10th day of May 2017.

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
Michael N. Feder (Nevada Bar No. 7332)
John L. Krieger (Nevada Bar No.
Joanna M. Myers (Nevada Bar No. 12048)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Email: mfeder@dickinsonwright.com
Email: jkrieger@dickinsonwright.com
Email: jmyers@dickinsonwright.com
*Attorneys for Plaintiff Ainsworth Game Technology Limited*

DATED this 10th day of May 2017.

HOWARD & HOWARD

/s/ W. West Allen
W. West Allen (Nevada Bar No. 5566)
Jason P. Weiland (Nevada Bar No. 5562)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483
Email: WAllen@howardandhoward.com
Email: JWeiland@Howardandhoward.com
*Attorneys for Defendant Defendants Patent Investment & Licensing Company and Acres 4.0*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 12, 2017

## CERTIFICATE OF SERVICE

I certify that on May 10, 2017, I caused a true and accurate copy of the foregoing document entitled, **STIPULATION DISMISSING ACTION WITH PREJUDICE**, to be filed with the Clerk of Court using the CM/ECF system, which will send/sent an electronic copy of the same to the following counsel of record:

HOWARD & HOWARD
W. West Allen
Jason P. Weiland
3800 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
Email: WAllen@howardandhoward.com
Email: JWeiland@Howardandhoward.com

*[signature]*
Employee of Dickinson Wright

3